UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-1091 JGB (KKx) | Date | October 25, 2022 |
| Title | Shawn Bedwell v. Richard P. Chado, et al. | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   Order to Show Cause (IN CHAMBERS)**

On June 29, 2021, Plaintiff filed his Complaint. ("Complaint," Dkt. No. 1.) On February 8, 2022, the Court ordered Plaintiff to show cause why the Court should exercise supplemental jurisdiction over his Unruh Act claim. (See "OSC," Dkt. No. 14.) Plaintiff responded on February 22, 2022. ("OSC Response, Dkt. No. 15.) On October 5, 2022, the Court issued an Order declining supplemental jurisdiction over Plaintiff's Unruh Act claim and dismissing the claim. ("Order," Dkt. No. 24.)

Since June 29, 2021, there has been little substantive activity in this case. Rule 41(b) of the Federal Rules of Civil Procedure grants the Court authority to *sua sponte* dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute her case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Here, it appears that Plaintiff may have failed to prosecute his case with reasonable diligence because the case has been largely dormant for over a year.

Accordingly, the Court orders Plaintiff to show cause in writing no later than **November 7, 2022**, why this action should not be dismissed for failure to prosecute. On or before that date, Plaintiff must also indicate whether he intends to proceed with this action in federal court despite the dismissal of his Unruh Act claim or whether he will voluntarily dismiss the case.

**IT IS SO ORDERED.**