UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-1091 JGB (KKx) | Date | June 20, 2023 |
| Title | *Shawn Bedwell v. Richard P. Chado, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order to Show Cause re: Failure to Serve Defendant (IN CHAMBERS)**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m).  Plaintiff filed his complaint on June 29, 2021.  ("Complaint," Dkt. No. 1.) Plaintiff has not served Defendant.  (See Dkt. Nos. 49, 50.)

The Court orders Plaintiff to show cause in writing by **June 27, 2023** why this action should not be dismissed for failure to effectuate service on Defendant.  Plaintiff shall address whether there is good cause for the failure to serve Defendant within 90 days of the filing of the Complaint.  See Fed. R. Civ. P. 4(m).  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for resolution without oral argument and shall stand submitted upon the filing of a response by Plaintiff.  See Fed. R. Civ. P. 78(b). Failure to timely or adequately respond to this OSC may, without further warning, result in the dismissal of the entire action without prejudice.

**IT IS SO ORDERED.**